Name: DAVID ANTHONY MACK

Address: 826 N FRANKLIN, Junction City, KS 66441

FILED
JAN 23 2017
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

DAVID ANTHONY MACK, Plaintiff
*(Full Name)*

v.

Captain Regalado, Major Anderson, Lt Floberg, Lt Arona, Geary County Detention Cntr, Defendant(s)
Advanced Correctional Healthcare, Doctor McIntosh

CASE NO. 17-3016-SAC-DJW
*(To be supplied by the Clerk)*

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) DAVID ANTHONY MACK *(Plaintiff)*, is a citizen of Pennsylvania *(State)* who presently resides at 826 N Franklin, Junction City, KS 66441 *(Mailing address or place of confinement.)* At the Geary County Detention Cntr

2) Defendant Captain Regalado *(Name of first defendant)* is a citizen of _____ *(City, State)*, and is employed as Administrative Officer, Captain *(Position and title, if any)*. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

Captain Regalado is a commanding officer tasked with carrying out or enforcing Policy, Procedures, and Rules to which he/she failed

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                    1

SEE ATTACHED EXHIBITS B & C & D

3) Defendant, ANDERSON is a citizen of (This information was not provided to me), and is employed as Administrative Officer, MAJOR. At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law [YES]...... MAJOR Anderson is a commanding officer tasked with the enforcement of Policy, Procedures, and Rules to which he/she has failed to do so.

4) Defendant, Regalado is a citizen of (This information was not provided to me), and is employed as Administrative Officer, CAPTAIN. At the time the claim(s) alleged in this complaint arose was this defendant acting under the Color of State law [YES]..... CAPTAIN Regalado is a commanding officer tasked with the enforcement of Policy, Procedures, and Rules to which he/she has failed to do so.

5) Defendant, Floberg is a citizen of (This information was not provided to me), and is employed as Administrative Officer, LIEUTENANT. At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law. [YES]...... LIEUTENANT Floberg is a commanding officer tasked with the enforcement of Policy, Procedures, Rules, to which he/she failed.

6) Defendant, ARONA is a citizen of (This information was not provided to me), and is employed as Administrative Officer, LIEUTENANT. At the time the claim(s) alleged in this complaint arose was this defendant acting under the Color of State law [YES]...... LIEUTENANT ARONA is a commanding officer

tasked with the Enforcement of Policy, Procedures, and Rules to which he/she has failed.

7) Defendant, Advanced Correctional Healthcare, is a citizen of (This information was not provided to me), and is employed as the Contract Healthcare Providers, whom they employ Nurse/Doctor's/Physician's to work in the Geary County Detention Center. At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of State law [Yes]..... Advanced Correctional Healthcare, are the contracted healthcare providers who provide(s) Care, Treatment, and services to the Geary County Detention Center, and Inmates.

8) Defendant, MacIntosh, is a citizen of (This information was not provided to me), and is employed as the Doctor. At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of State law [Yes]..... Doctor MacIntosh, is a licensed Physician/Doctor contracted under both The Advanced Correctional Healthcare, as well as The Geary County Detention Center, who provides Care, Treatment and services to Inmates of the Geary County Detention Center.

## B. NATURE OF THE CASE

Briefly state the background of your case:

1) Plaintiff who is a Pre-Trial detainee has a Chronic Life Threatening Illness/Condition/Disease (H.I.V) to which he has not Received his Life Sustaining Medications. Plaintiff entered The Geary County Detention Center on December 20, 2016 and has been requesting he be placed on his medications because he knew his CD4 count was already low. Plaintiff alleges til preparation of this filing of §1983 he is still not being medicated nor receiving Preventive Care or Treatment. Plaintiff alleges he has never met with The Facilities Doctor even since being given blood lab results on January 9th or 10th, 2017.

2) Plaintiff alleges he is suffering extreme Emotional and Mental Anguish in trying to deal with the absence of his Life Sustaining Medications, and the thoughts of his Life slipping away.

3) Plaintiff alleges he suffered Physical Injuries on December 24, 2016 when slipping & falling on a sewage drain that sat in the Floor of his cell, and which had a between 5½" - 6 inch bar broken off exposing an opening where his foot slipped in it causing his right leg to be punctured by the a protruding piece of metal. Plaintiff fell forward hyperextending his back, hit right side of head, while falling forward. Plaintiff received no Tetnic shot, nor bandages to his right leg that was apparent he was injured. It was a visible wound shown to Nurse, Amber (Witness) two weeks after injury on January 4, 2017 the day his blood labs were taken.

2

4) Plaintiff alleges he is unable to do Research, prepare, or help Aide in his own defense in regards to his criminal charges because there are no law legal books, material, Documents, or Assistance with such preparation within the facility. Plaintiff argues in the absence of his own Research and preparation he is left to the Assistance of a Court Appointed Attorney who works for the County in which his charges arose, (or) his current place of incarceration is thus creating a serious conflict of Interest. Plaintiff is unable to adequately prepare in his defense thus leaving him no choice but to Plead to Negotiations, or Plead Guilty when He is left to only information disseminated from Public Defender.

5) Plaintiff alleges since the dates of December 22, 2016 - thru - present, he has had no outside nor indoor recreation to Exercise and breath in Fresh air. He alleges the facility is under-staffed, as well as void alternative measures when weather is inclement. Plaintiff alleges he is already confined to a MAXIMUM SECURITY holding cell due to his charges, and has Chronic Mental Illness that causes him disruption in his Thoughts, Actions, and Feelings, and the absence of Recreation prevents him from seeking wider space to deal with/or adjust to his Emotional and Mental State.

6) Plaintiff alleges he has followed the Facilities Policy & Procedures in submissions of his sick-calls, Requests to Staff, and Grievances, and have either not heard responses, some not being answered... The Plaintiff alleges that the Facilities Procedures of submitting are flawed because Low ranking Officers read either of them. Plaintiff states that as a Result of not having Proper, Adequate, and/or sufficient methods or procedures of submitting all Documents to their designee, his

rights to Medical privacy/confidentiality were violated. As he submitted slips (Sick-Calls, REQUESTS, GRIEVANCES) concerning his Life Sustaining Medications and Treatment. As a result the Officers treat him prejudiced than other inmates. Plaintiff alleges there are always two officers at his side when going to Medical department, or Medical room, thus being made aware of his intimate private information... And that Sunday thru Saturday during night Medications there is no nurse handling the Medications. Plaintiff alleges officers give out important medications to all inmates receiving them including himself...

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: <u>Deliberate Indifference to Life threatening Condition(s) and/or Illness... The Facility and/or Advanced Correctional Healthcare has a policy (or) practice preventing →</u>

SEE OTHER PAGE 8½ × 11

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):



OTHER PAGE

B) (1) Count II: <u>Deliberate Indifference to Plaintiff's Mental Health Illness and/or Condition</u>

(2) Supporting Facts: <u>The Plaintiff from the dates of December 23, 2016 has submitted numerous requests for psychiatric treatment and medication because he was experiencing unwanted thoughts of harming himself due to his situational</u>

## C. CAUSE OF ACTION

A)(2) Supporting Facts: The Geary County Detention Center's Administrative Staff; Captain Regalado, Major Anderson, LT. Floberg, LT. Arona, Doctor MacIntosh, each helped to carry out a practice (or) Policy (or) Procedure that Put the Plaintiff's present and future Life, Health, and Safety in direct Jeopardy from the dates of December 22, 2016 to present, by following (or) carrying out a Policy that Prevented the plaintiff from Receiving proper care, Treatment, and Medications which could help save his life. Each officer worked in concert when following the Policy of The Geary County Detention Center, as well as The Advanced Correctional Healthcare. As a Result of following the Policy & Procedures set forth the Plaintiff's present Condition is in serious Jeopardy as his H.I.V (CD4) count stands at 433 as of January 9th (or 10th) of 2017. Plaintiff alleges Doctor MacIntosh was informed prior to late blood labs that Plaintiff's prior CD4 count was 432. The Plaintiff alleges to have submitted numerous sick-calls, requests, and Grievances seeking Treatment. And that his blood work wasn't ordered until (or) taken on January 4, 2017 by Nurse Amber (Witness). Plaintiff alleges til date & preparation of his §1983 Claim he is still not being treated (or) Received Life Sustaining Medications. Plaintiff is still waiting on Results from blood work to determine current Viral load.

B)(2) CIRCUMSTANCES. THAT BEING EMOTIONALLY & MENTALLY DISTRAUGHT FROM NOT BEING PLACED ON HIS LIFE SUSTAINING MEDICATIONS, NOT HAVING OR RECEIVING RECREATIONAL YARD ACTIVITIES, NOT BEING ABLE TO SPEAK WITH A LICENSED PSYCHOLOGIST, AND DEPRIVATION OF FRESH CLEAN AIR DUE TO BEING LOCKED IN AND CONFINED TO HIS CELL FOR TOTAL PERIODS OF 24 HOURS.

## COUNT III    NEGLIGENCE/NEGLIGENT FAILURE to PROTECT

C)(2) On December 24, 2016, Plaintiff slipped and fell into a sewage drain that had at least one missing bar that would have prevented the Plaintiff from easily slipping into drain. As Plaintiff packed his belongings to be moved to his designated Maximum Security cell his foot became entangled causing him to fall forward while his foot sank beneath into raw sewage. Plaintiff adds this drain is used to catch water from the sink or Toilet. Plaintiff thereby injured his right side head, right leg was punctured by piece that remained from broken bar, and hyperextended his back causing further injury to his pre-existing condition. Plaintiff has Degenerative Joint Disease in his C6-C7 Cervical region, Thoracic & Lumbar region, and Plantar Fasciitis & Heel Spurs in both the left and right foot. Plaintiff continues to suffer with headaches & severe backpains and can not get the attention of Medical Staff. Plaintiff alleges he was not taken to an outside Hospital for care when taken into account there was no Medical Staff available, and considering he had a physical injury needing treatment such as a preventive Technic shot from his leg being punctured by the Metal -- Plaintiff alleges that the Medical staff nor doctor took his pending health Condition into account and the possibility of infections setting in from metal...

## C. CAUSE OF ACTION

D)(1) COUNT IV: Violation of H.I.P.P.A. LAW

(2) Supporting Facts: Plaintiff alleges he had to unwillingly make his Health condition known by submitting sick-calls, requests to staff in a manner that allowed officers to read them, becoming aware of his Chronic Illness. Plaintiff alleges, officers are always present when he is taken to Medical, and he has to reveal his intimate health information in regards to his H.I.V status, diagnosis, and requests for life sustaining Meds. Plaintiff alleges the Procedures employed are damaging, subjecting him to being mistreated by staff as they read all Sick-Calls, Grievances, and Requests. He further adds that he never has an officer present when he has legal visits regardless of his Custody level. Plaintiff alleges that since officers felt the need to read his documents, they treat him prejudice). Sometimes sliding his dietary snack under his cell door, failing to open door to collect or return clothing, therefore sliding them under the door, failing to respond (or) return submitted forms... Plaintiff alleges his personal, and private information is always discussed in the presence of two officers. Plaintiff states this makes him very uncomfortable having to discuss his condition and/or Treatment to other than Medical personnel.

(E)(1) COUNT V. Hindering Access to the Courts

(2) Supporting Facts: Plaintiff alleges the Geary County Detention Center has absolutely no legal Law Library, books, nor materials to search, or prepare legal documents in his defense. As a result of being able to aide in his own defense the Plaintiff has to either submit to a negotiated Plea, or Plead Not Guilty and rely solely on the assistance of a Court Appointed Attorney. Plaintiff alleges, the Facility has work, work release, recreational activities and other functions as a County jail and/or Prison but

lacks a fully functional and resourceful legal law Library. As well as legal Aides who can sufficiently Aide in the preparation of legal information or documents to present to Public Defender on his behalf. Plaintiff alleges the Institution houses inmates that are sentenced and non-sentenced. As the Plaintiff is a Pre-trial detainee awaiting Court disposition. The Plaintiff states the institutions absence or Lack of Adequate legal books, documents or Materials strips him of his Right to Access the Courts. As he was given the Option to Represent himself during a status hearing but had he did he had no library to work from. Plaintiff alleges his attempts to acquire certain materials from facility staff was directed to his Public Defender.

## D. PREVIOUS LAWSUITS
## AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in State or Federal Court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? The Plaintiff's answer is NO.

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☑ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

*SEE Exhibits A)*

Most Grievances and Requests to Staff were not returned. Sick Calls never answered nor acted upon. (Exhibit A)

_____

_____

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Compensatory damages of $250,000   *MONETARY Total*
Punitive damages of $250,000        *$MAXIMUM Amount Allowable*

*"Emergency" Relief Required →*

Injunctive Relief: To be Transferred to a facility in which I receive Adequate Medical & Mental Health Care. As well as Adequate Legal Law Library Resources

_____           _____
Signature of Attorney (if any)         Signature of Petitioner

_____
(Attorney's full address and telephone number)

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

5